PAUL L. REIN, State Bar No. 43053
CELIA MCGUINNESS, State Bar No. 159420
CATHERINE M. CABALO, State Bar No. 248198
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  (510) 832-5001
Facsimile:  (510) 832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
BERTHA JOHNSON

*Defendants' counsel listed after the caption*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA JOHNSON,<br><br>                Plaintiff,<br><br>     v.<br><br>99¢ ONLY STORES, a corporation; 1931 SAN PABLO PARTNERS, LLC; and DOES 1-10, Inclusive,<br><br>                Defendants. | Case No. C11-04596 NC<br><br>Civil Rights<br><br>**STIPULATED DISMISSAL AND [PROPOSED] ORDER** |

Brian C. Coolidge, State Bar No. 215434
GREENWALD, PAULY, FOSTER
& MILLER, P.C.
1299 Ocean Avenue, Suite 400
Santa Monica, CA 90401-1007
Telephone: (310) 451-8001
Facsimile: (310) 395-5961
bcoolidge@gpfm.com

Attorneys for Defendant
99¢ ONLY STORES

Eugene B. Elliot, State Bar No. 111475
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
eelliot@bfesf.com

STIPULATED DISMISSAL &
[PROPOSED] ORDER
Case No. C11-04596 NC
S:\CASES\#\99¢ STORE\PLEADINGS\2012 07 12 Stipulated Dismissal.doc

Attorneys for Defendant
1931 SAN PABLO PARTNERS, LLC

IT IS HEREBY STIPULATED by and between Plaintiff Bertha Johnson, and Defendants 99¢ Only Stores and 1931 San Pablo Partners, LLC, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety, each party to bear her/its own attorneys' fees and costs.

DATED: July 12, 2012          **LAW OFFICES OF PAUL L. REIN**

                              By:    */s/ Catherine Cabalo*
                                     Catherine Cabalo
                                     Attorneys for Plaintiff
                                     BERTHA JOHNSON

DATED: July 11, 2012          **GREENWALD, PAULY, FOSTER & MILLER, P.C.**

                              By:    */s/ Brian C. Coolidge*
                                     Brian C. Coolidge
                                     Attorneys for Defendant
                                     99¢ ONLY STORES

DATED: July 11, 2012          **BERTRAND, FOX & ELLIOT**

                              By:    */s/ Eugene B. Elliot*
                                     Eugene B. Elliot
                                     Attorneys for Defendant
                                     1931 SAN PABLO PARTNERS, LLC

- 2 -

STIPULATED DISMISSAL &
[PROPOSED] ORDER
Case No. C11-04596 NC
S:\CASES\#\99¢ STORE\PLEADINGS\2012 07 12 Stipulated Dismissal.doc

**ORDER**

Pursuant to stipulation, and for good cause shown, **IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety, each party to bear her/its own attorneys' fees and costs.

Dated: ___July 12___, 2012

_____
Honorable Nathanael M. Cousins
United States Magistrate Judge



- 3 -

STIPULATED DISMISSAL &
[PROPOSED] ORDER
Case No. C11-04596 NC
S:\CASES\#\99¢ STORE\PLEADINGS\2012 07 12 Stipulated Dismissal.doc