1  PAUL L. REIN, State Bar No. 43053
   CELIA MCGUINNESS, State Bar No. 159420
2  CATHERINE M. CABALO, State Bar No. 248198
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  (510) 832-5001
   Facsimile:  (510) 832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   BERTHA JOHNSON
7
   *  *Defendants' counsel listed after the caption*
8

9
                    UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  BERTHA JOHNSON,
                                    Case No. C11-04596 NC
13              Plaintiff,
          v.                        Civil Rights
14
    99¢ ONLY STORES, a corporation;  **STIPULATED DISMISSAL AND**
15  1931 SAN PABLO PARTNERS, LLC;    **[PROPOSED] ORDER**
    and DOES 1-10, Inclusive,
16
                Defendants.
17
    Brian C. Coolidge, State Bar No. 215434
18  GREENWALD, PAULY, FOSTER
    & MILLER, P.C.
19  1299 Ocean Avenue, Suite 400
    Santa Monica, CA 90401-1007
20  Telephone: (310) 451-8001
    Facsimile: (310) 395-5961
21  bcoolidge@gpfm.com

22  Attorneys for Defendant
    99¢ ONLY STORES
23
    Eugene B. Elliot, State Bar No. 111475
24  BERTRAND, FOX & ELLIOT
    2749 Hyde Street
25  San Francisco, CA 94109
    Telephone: (415) 353-0999
26  Facsimile: (415) 353-0990
    eelliot@bfesf.com
27

28  STIPULATED DISMISSAL &
    [PROPOSED] ORDER
    Case No. C11-04596 NC
    S:\CASES\#\99¢ STORE\PLEADINGS\2012 07 12 Stipulated Dismissal.doc

Attorneys for Defendant
1931 SAN PABLO PARTNERS, LLC

IT IS HEREBY STIPULATED by and between Plaintiff Bertha Johnson, and Defendants 99¢ Only Stores and 1931 San Pablo Partners, LLC, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety, each party to bear her/its own attorneys' fees and costs.

DATED: July 12, 2012            **LAW OFFICES OF PAUL L. REIN**

                                By: ___*/s/ Catherine Cabalo*___
                                    Catherine Cabalo
                                Attorneys for Plaintiff
                                BERTHA JOHNSON

DATED: July 11, 2012            **GREENWALD, PAULY, FOSTER & MILLER, P.C.**

                                By: ___*/s/ Brian C. Coolidge*___
                                    Brian C. Coolidge
                                Attorneys for Defendant
                                99¢ ONLY STORES

DATED: July 11, 2012            **BERTRAND, FOX & ELLIOT**

                                By: ___*/s/ Eugene B. Elliot*___
                                    Eugene B. Elliot
                                Attorneys for Defendant
                                1931 SAN PABLO PARTNERS, LLC

# ORDER

Pursuant to stipulation, and for good cause shown, **IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety, each party to bear her/its own attorneys' fees and costs.

Dated: ___July 12___, 2012

_____
Honorable Nathanael M. Cousins
United States Magistrate Judge



IT IS SO ORDERED
Judge Nathanael M. Cousins

- 3 -

STIPULATED DISMISSAL &
[PROPOSED] ORDER
Case No. C11-04596 NC
S:\CASES\#\99¢ STORE\PLEADINGS\2012 07 12 Stipulated Dismissal.doc